THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ERNEST LEE EDWARDS, Appellant.

Submitted June 6, 1955; decided June 9, 1955.

*Harris B. Steinberg* for motions.

*Edward S. Silver, District Attorney (William I. Siegel* of counsel), for the People of the State of New York.

Motion for assignment of counsel granted and Messrs. Harris B. Steinberg, Abraham M. Brodsky and Emanuel Steinberg, all of New York City, assigned as counsel to defendant on the appeal herein. Motion for enlargement of time granted and case set down for argument during the October, 1955, session of the Court of Appeals.